UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| JANICE BRADFORD, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 1:11-cv-371 |
| v. | ) | |
| | ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, | ) | Magistrate Judge Lee |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## ORDER

On November 9, 2012, United States Magistrate Judge Susan Lee filed her Report and Recommendation (Doc. 20) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Lee recommended that: (1) Plaintiff's Motion for Judgment on the Pleadings (Doc. 16) be denied; (2) Defendant's Motion for Summary Judgment (Doc. 18) be granted; and (3) the Decision of the Commissioner be affirmed.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1]   Nevertheless, the Court has reviewed the Report and Recommendation as well as the record, and it agrees with Magistrate Judge Lee's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b). Plaintiff's Motion for Judgment on the Pleadings (Doc. 16) is hereby **DENIED**.

---

[1] Magistrate Judge Lee specifically advised Plaintiff that she had 14 days in which to object to the Report and Recommendation and that failure to do so would waive her right to appeal. (Doc. 20 at 25 n.2); see Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Defendant's Motion for Summary Judgment (Doc. 18) is hereby **GRANTED**. The Commissioner's decision denying benefits is **AFFIRMED**, this action is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED** this 2nd day of January, 2013.

_/s/ Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE